◎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Selina E. Montoya,

               Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Boyd Gaming Corporation, et al.,

Case Number: 2:08-cv-1152-KJD-RJJ

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is entered for the defendants Citistreet, LLC and Boyd Gaming Corporation and against Plaintiff Selina E. Montoya. Claims against Steven Whitely Vaughan are dismissed without prejudice.

September 21, 2009            /s/ Lance S. Wilson

Date                                       Clerk

                                             /s/ Andrew Mennear

                                             (By) Deputy Clerk